# United States Court of Appeals for the Fifth Circuit

---

No. 23-40509

---

Steven F. Hotze, *Medical Doctor*; Richard Mabray, *Medical Doctor*; Allesan Paige Streeter,

> *Plaintiffs—Appellants,*

*versus*

The Texas State Senate; Austin Osborne, *in his official capacity as the Sergeant-at-Arms of the Texas Senate*; Dan Patrick, *in his official capacity as Lieutenant Governor of the State of Texas*,

> *Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:23-CV-36

---

UNPUBLISHED ORDER

Before Smith, Stewart, and Graves, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellants' opposed motion for injunction pending appeal is DENIED.